```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                            AT SEATTLE
```

| | |
|---|---|
| RITA CAGLIOSTRO, | Case No. C18-425RSM |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO AMEND COMPLAINT |
| v. | |
| FORREST R. COLLINS, | |
| Defendant. | |

*Pro se* Plaintiff Rita Cagliostro has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #2. The Complaint was posted on the docket on March 27, 2018. Dkt. #3. Summons has not yet been issued.

Ms. Cagliostro, a Washington State resident, brings this action against Forrest R. Collins, an attorney located in Oregon. Dkt #3 at 1–2. The Complaint appears to be lacking facts and causes of action. Under "Statement of Claim," Ms. Cagliostro has written only "See Brief." *Id*. at 4. There is no additional briefing, attached or otherwise, on the docket. Although Ms. Cagliostro claims damages in excess of $75,000, there are no facts to support these damages.

To establish subject matter jurisdiction on the basis of diversity, the plaintiff must show an amount in controversy in excess of $75,000. 28 U.S.C. § 1332. Federal Rule of Civil

ORDER DIRECTING PLAINTIFF TO AMEND COMPLAINT - 1

Procedure 12(h)(3) provides that the Court must dismiss an action if it determines, at any time, that it lacks subject matter jurisdiction. This issue can be raised *sua sponte*. Furthermore, the Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

As it currently stands, Ms. Cagliostro does not support her claims with sufficient facts to establish a claim, or reference any cause of action or legal basis for her suit. Ms. Cagliostro's Complaint suffers from deficiencies that, if not corrected in an Amended Complaint, require dismissal. *See* Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1915(e)(2)(B).

Accordingly, the Court hereby ORDERS that Plaintiff shall file an Amended Complaint **no later than twenty-one (21) days from the date of this Order**. In the Amended Complaint, Plaintiff must include a short and plain statement demonstrating to the Court that there is a legal basis for her claims and subject matter jurisdiction for this Court. Failure to file this Amended Complaint will result in dismissal of this case. The Clerk shall send a copy of this Order to Plaintiff at 212 ALASKAN WAY S. #205 SEATTLE, WA 98104.

DATED this 27 day of March, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE