UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RITA CAGLIOSTRO,

    Plaintiff,

    v.

FORREST R. COLLINS,

    Defendant.

Case No. C18-425RSM

ORDER DENYING MOTION FOR INTERLOCUTORY APPEAL

The instant matter comes before the Court on Plaintiff Rita Cagliostro's Motion "to appeal in Forma Pauperis for the Denied Appointment of Counsel," Dkt. #40, which the Court interprets as a motion for interlocutory appeal. The Court has determined that it can rule on this Motion without responsive briefing.

*Pro se* Plaintiff Rita Cagliostro has already been granted leave to proceed *in forma pauperis* in this matter. Dkt. #2. Ms. Cagliostro states in her Motion that she is "requesting permission to appeal in Forma Pauperis the DENIED APPPOINTMENT OF COUNSEL, as its own separate appeal." Dkt. #40 at 2 (emphasis in the original). She attaches a recent Order of the Ninth Circuit denying her appeal of this case "because the order challenged in the appeal is not final or appealable…" *Id*. at 4. All of this leads the Court to believe that Ms. Cagliostro is seeking an order from this Court permitting interlocutory appeal of the Court's prior Order denying appointment of counsel, Dkt. #13.

ORDER DENYING MOTION FOR INTERLOCUTORY APPEAL - 1

Under 28 U.S.C. § 1292(b), a district court may grant interlocutory appeal if an order "involves a controlling question of law" where there is "substantial ground for difference of opinion" and an immediate appeal will "materially advance the ultimate termination of the litigation."

The Court's prior Order stated that, in civil cases, the appointment of counsel to a *pro se* litigant "is a privilege and not a right." Dkt. #13 (citing *United States ex. Rel. Gardner v. Madden,* 352 F.2d 792, 793 (9th Cir. 1965) (citation omitted)). The Court in that Order stated the applicable standard and found Ms. Cagliostro had failed to set forth exceptional circumstances warranting the appointment of counsel in this case.

The Court now finds that its prior Order did not involve a controlling question of law as to the merits of Ms. Cagliostro's case, that there would not be a substantial ground for difference of opinion as to the issue, and that an immediate appeal would not materially advance the ultimate termination of the litigation. Given all of the above, the Court finds that an interlocutory appeal is not warranted under 28 U.S.C. § 1292(b).

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Cagliostro's Motion for Interlocutory Appeal, Dkt. #40, is DENIED. The Clerk shall send a copy of this Order to Plaintiff at 212 ALASKAN WAY S. #205 SEATTLE, WA 98104.

DATED this 18th day of July, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR INTERLOCUTORY APPEAL - 2