UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RITA CAGLIOSTRO,<br><br>Plaintiff,<br><br>v.<br><br>FORREST R. COLLINS,<br><br>Defendant. | Case No. C18-425RSM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

The instant matter comes before the Court on Plaintiff Rita Cagliostro's Motion for Reconsideration. Dkt. #53. The Court has determined that it can rule on this Motion without responsive briefing.

"Motions for reconsideration are disfavored." LCR 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id*. Motions for reconsideration "shall be filed within fourteen days after the order to which it relates is filed." LCR 7(h)(2). "Failure to comply with this subsection may be grounds for denial of the motion." *Id*.

The Court interprets Plaintiff's filing as a Motion for Reconsideration because Plaintiff titles her Motion as such and repeatedly asks the Court to "reconsider" its prior Order

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION - 1

dismissing this case dated August 10, 2018. Dkt. #53. The Court finds that Plaintiff's Motion is untimely and is properly dismissed on that ground alone. Plaintiff asks for reconsideration on the Court's August 10, 2018, Order, yet has filed this Motion on September 7, 2018, 28 days later. Furthermore, it appears from the record that Plaintiff has already appealed the Court's Order, rendering this Motion duplicative and unnecessary.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Rita Cagliostro's Motion for Reconsideration, Dkt. #53, is DENIED. The Clerk shall send a copy of this Order to Plaintiff at 212 ALASKAN WAY S. #205 SEATTLE, WA 98104.

DATED this 11 day of September, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE